UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JEFFREY KISTLER JONES,**

    **Plaintiff,**

    v.

**PRINCIPAL LIFE INSURANCE COMPANY,** *et al.*,

    **Defendants.**

Case No. 2:25-cv-299
Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court on a Joint Motion to Remand to Probate Court Fairfield County Ohio filed by Plaintiff Jeffrey Kistler Jones and Defendant Principal Life Insurance Company. (Joint Mot., ECF No. 4.)

Mr. Jones and Principal Life agree that Principal Life obtained a copy of the summons and complaint on February 21, 2025. (*Id.* PageID 145; ECF No. 1, ¶ 35.) Principal Life filed a notice of removal under 28 U.S.C. § 1447(c) on March 25, 2025. (ECF No. 1.) Under the 30-day deadline of Federal Rule of Civil Procedure 6(a)(1)(C), the notice of removal deadline was March 24, 2025. Fed. R. Civ. P. 6(a)(1)(C); (*see* ECF No. 4 (noting that because the 30-day deadline fell on Sunday, March 23, the deadline automatically extended to Monday, March 24).) Because the notice of removal was not timely, Mr. Jones and Principal Life agree that the Court must remand the case back to state court. The additional Defendant, Christine Joyce Jones, did not file a notice of removal and did not join or respond to the Joint Motion. She was added to the case only because her rights may be affected by the outcome. (ECF No. 1-4, ¶ 4.) The Court agrees that remand is appropriate.

The Court **GRANTS** the Joint Motion to Remand to Probate Court Fairfield County Ohio.

(ECF No. 4.) This case is **REMANDED** to the Court of Common Pleas, Fairfield County, Ohio, Probate Division.

    **IT IS SO ORDERED.**

| | |
|---|---|
| **4/9/2025** | **s/Edmund A. Sargus, Jr.** |
| **DATE** | **EDMUND A. SARGUS, JR.** |
| | **UNITED STATES DISTRICT JUDGE** |